AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## NOMINATION FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Failla, Katherine P | Southern District of New York | 06-25-2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge (active) | ✓ Nomination  Date 6/25/2012 <br> ☐ Initial  ☐ Annual  ☐ Final | 1/1/2012 <br> to <br> 6/6/2012 |
| | 5b. ☐ Amended Report | |

**7. Chambers or Office Address**

One St. Andrew's Plaza
New York, NY 10007

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

✓ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✓ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Failla, Katherine P. | 06/25/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Proskauer Rose LLP (partnership draw) |
| 2. | 2012 | Proskauer Rose LLP (partnership draw) |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children, see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1 | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Failla, Katherine P. | 06/25/2012 |

## V. GIFTS. (Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)

☐ NONE (No reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Exempt | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)

☑ NONE (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## V. GIFTS. (Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)

☐ NONE (No reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Exempt | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Failla, Katherine P. | 06/25/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Northwestern Mutual Whole Life Policy | E | Int./Div. | N | T | | | | | |
| 2 | Northwestern Mutual Whole Life Policy | D | Int./Div. | M | T | | | | | |
| 3 | Wells Fargo Cash Equivalent Account | A | Interest | J | T | | | | | |
| 4. | Merrill Lynch Bank Deposit Program | A | Interest | J | T | | | | | |
| 5 | Intel Corp. Common Stock | A | Dividend | J | T | | | | | |
| 6. | Pfizer Inc. Common Stock | B | Dividend | K | T | | | | | |
| 7 | P&G Common Stock | B | Dividend | K | T | | | | | |
| 8. | Microsoft Corp. Common Stock | B | Dividend | K | T | | | | | |
| 9. | Hennessy Select Large Value Fund | A | Dividend | J | T | | | | | |
| 10. | T. Rowe Price Equity Income Fund | A | Dividend | K | T | | | | | |
| 11. | Invesco Asia Pacific Growth Fund | A | Dividend | J | T | | | | | |
| 12. | Gabelli Gamco Growth Fund | A | Dividend | J | T | | | | | |
| 13. | Vanguard Equity Income Fund | A | Dividend | K | T | | | | | |
| 14. | Vanguard European Stock Index Fund | A | Dividend | J | T | | | | | |
| 15 | Vanguard NY Long Term Tax-Exempt Investor Fund | | None | K | T | | | | | |
| 16 | IRA #1 | | None | K | T | | | | | |
| 17 | Invesco Van Kampen Comstock Fund | | | | | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes: (See Columns C1 and D3)  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes (See Column C2)  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
  U =Book Value  V =Other  W =Estimated

# FINANCIAL DISCLOSURE REPORT
## Page 5 of 9

Name of Person Reporting

Failla, Katherine P.

Date of Report

06/25/2012

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. – Invesco Van Kampen Small Cap Value Y Fund | | | | | | | | | |
| 19. – Morgan Stanley U.S. Government Securities Fund | | | | | | | | | |
| 20. – Morgan Stanley Inst. Limited Duration I Fund | | | | | | | | | |
| 21. IRA #2 | None | | L | T | | | | | |
| 22. – T. Rowe Price Retirement 2025 Fund | | | | | | | | | |
| 23. – Buffalo Small Cap Fund | | | | | | | | | |
| 24. – JP Morgan Emerging Markets Equity Inst. Fund | | | | | | | | | |
| 25. – Schwab Retirement Advantage Money Fund | | | | | | | | | |
| 26. IRA #3 | None | | K | T | | | | | |
| 27. – T. Rowe Price Retirement 2025 Fund | | | | | | | | | |
| 28. – T. Rowe Price Retirement 2030 Fund | | | | | | | | | |
| 29. – Buffalo Small Cap Fund | | | | | | | | | |
| 30. – JP Morgan Emerging Markets Equity Inst. Fund | | | | | | | | | |
| 31. – Schwab Retirement Advantage Money Fund | | | | | | | | | |
| 32. IRA #4 | None | | M | T | | | | | |
| 33. – Vanguard Federal Money Market Fund | | | | | | | | | |
| 34. – Vanguard Morgan Growth Fund | | | | | | | | | |

1. Income Gain Codes (See Columns B1 and D4) — A = $1,000 or less; B = $1,001 - $2,500; C = $2,501 - $5,000; D = $5,001 - $15,000; E = $15,001 - $50,000; F = $50,001 - $100,000; G = $100,001 - $1,000,000; H1 = $1,000,001 - $5,000,000; H2 = More than $5,000,000

2. Value Codes (See Columns C1 and D3) — J = $15,000 or less; K = $15,001 - $50,000; L = $50,001 - $100,000; M = $100,001 - $250,000; N = $250,001 - $500,000; O = $500,001 - $1,000,000; P1 = $1,000,001 - $5,000,000; P2 = $5,000,001 - $25,000,000; P3 = $25,000,001 - $50,000,000; P4 = More than $50,000,000

3. Value Method Codes (See Column C2) — Q = Appraisal; R = Cost (Real Estate Only); S = Assessment; T = Cash Market; U = Book Value; V = Other; W = Estimated

# FINANCIAL DISCLOSURE REPORT
Page 6 of 9

Name of Person Reporting

Failla, Katherine P.

Date of Report

06/25/2012

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. - Vanguard Windsor II Fund | | | | | | | | | |
| 36. - Vanguard 500 Index Fund (Admiral Shares) | | | | | | | | | |
| 37. IRA #5 | None | | N | T | | | | | |
| 38. - Vanguard Federal Money Market Fund | | | | | | | | | |
| 39. - Vanguard Growth Equity Fund | | | | | | | | | |
| 40. - Vanguard PRIMECAP Fund (Admiral Shares) | | | | | | | | | |
| 41. - Vanguard Target Retirement 2015 Fund | | | | | | | | | |
| 42. - Vanguard Wellington Fund | | | | | | | | | |
| 43. - Vanguard Windsor II Fund | | | | | | | | | |
| 44. - Vanguard 500 Index Fund | | | | | | | | | |
| 45. IRA #6 | None | | M | T | | | | | |
| 46. - PIMCO RCM Mid Cap Fund | | | | | | | | | |
| 47. - Alliance Bernstein Global Thematic Growth Fund | | | | | | | | | |
| 48. - Blackrock Global Dynamic Fund | | | | | | | | | |
| 49. - Davis NY Venture Fund | | | | | | | | | |
| 50. - Putnam Int'l Equity Fund | | | | | | | | | |
| 51. - Putnam Investors Fund | | | | | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)  A = $1,000 or less   B = $1,001 - $2,500   C = $2,501 - $5,000   D = $5,001 - $15,000   E = $15,001 - $50,000
F = $50,001 - $100,000   G = $100,001 - $1,000,000   H1 = $1,000,001 - $5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)  J = $15,000 or less   K = $15,001 - $50,000   L = $50,001 - $100,000   M = $100,001 - $250,000
N = $250,001 - $500,000   O = $500,001 - $1,000,000   P1 = $1,000,001 - $5,000,000   P2 = $5,000,001 - $25,000,000
P3 = $25,000,001 - $50,000,000   P4 = More than $50,000,000

3. Value Method Codes: (See Column C2)  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash Market
U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Failla, Katherine P. | 06.25.2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. - Putnam Voyager Fund | | | | | | | | | |
| 53. Citibank Accounts | A | Interest | K | T | | | | | |
| 54. Proskauer Rose Capital Account | D | Interest | N | T | | | | | |

1. Income Gain Codes: A - $1,000 or less; B - $1,001 - $2,500; C - $2,501 - $5,000; D - $5,001 - $15,000; E - $15,001 - $50,000
(See Columns B1 and D4); F - $50,001 - $100,000; G - $100,001 - $1,000,000; H1 - $1,000,001 - $5,000,000; H2 - More than $5,000,000
2. Value Codes: J - $15,000 or less; K - $15,001 - $50,000; L - $50,001 - $100,000; M - $100,001 - $250,000
(See Columns C1 and D3); N - $250,001 - $500,000; O - $500,001 - $1,000,000; P1 - $1,000,001 - $5,000,000; P2 - $5,000,001 - $25,000,000
P3 - $25,000,001 - $50,000,000; P4 - More than $50,000,000
3. Value Method Codes: Q - Appraisal; R - Cost (Real Estate Only); S - Assessment; T - Cash Market
(See Column C2); U - Book Value; V - Other; W - Estimated

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Katherine P. Failla**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 15 | 605 | Notes payable to banks-secured (auto) | | 145 | 734 |
| U.S. Government securities | | | | Notes payable to banks-unsecured | | | |
| Listed securities – see schedule | 1 | 051 | 059 | Notes payable to relatives | | | |
| Unlisted securities | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable – see schedule | | 490 | 716 |
| Real estate owned – personal residence | 1 | 600 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 650 | 000 | | | | |
| Cash value-life insurance | | 608 | 791 | | | | |
| Other assets itemize: | | | | | | | |
| Tornabuoni Residence Club | | 670 | 000 | | | | |
| Thrift Savings Plan | | 301 | 466 | | | | |
| Proskauer Rose Capital Account | | 321 | 000 | Total liabilities | | 636 | 450 |
| | | | | Net Worth | 4 | 581 | 471 |
| Total Assets | 5 | 217 | 921 | Total liabilities and net worth | 5 | 217 | 921 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | No | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |